

**PAUL B. SWEENEY**
PARTNER
DIRECT DIAL 516.296.7032
psweeney@certilmanbalin.com

July 2, 2024

<u>VIA ECF</u>

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: <u>*Vicky Vij v. Akshay Jhanjee et al.*</u>
    <u>SDNY Docket No.: 1:24-CV-01621 (LJL)</u>

Dear Hon. Liman:

  This firm represents the Defendants in connection with the above-referenced matter.

  We write to request an adjournment of the initial conference scheduled for July 9, 2024 due to a conflict with my schedule. This is the first request for an adjournment of this conference. Counsel for Plaintiff consents to this request. There are no other future appearances scheduled in this matter.

  We thank the Court for its consideration.

              Respectfully submitted,

              */s/ Paul B. Sweeney*

              Paul B. Sweeney

cc: All Counsel of Record Via ECF

The initial conference is adjourned to July 12 at 2:00 P.M.

Dated: July 3, 2024
SO ORDERED.

LEWIS J. LIMAN
United States District Judge

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788